

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00246-CR

Brandon Michael Stockwell
v.
The State of Texas

On Appeal from the
235th District Court of Cooke County, Texas
Trial Court Cause No. CR21-00502

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be dismissed for want of jurisdiction in part and affirmed in part. The Court orders the judgment of the trial court DISMISSED FOR WANT OF JURISDICTION IN PART AND AFFIRMED IN PART.

We further order this decision certified below for observance.

July 31, 2025